ZURICH GENERAL ACCIDENT AND LIABILITY INSURANCE COMPANY, LIMITED, A CORPORATION OF THE REPUBLIC OF SWITZERLAND, PLAINTIFF, v. RUTH KING, AN INFANT, JOSEPH KING, AS NEXT FRIEND OF SAID RUTH KING, AND OZER ARBITBILT, AND JOSEPH KING, INDIVIDUALLY, DEFENDANTS.

Submitted May 15, 1936—Decided June 4, 1936.

Before Justices BODINE and HEHER.

For the defendants, *Benjamin Baron.*

For the plaintiff, *Schneider & Schneider.*

PER CURIAM.

Defendants, residents of Hudson county, moved to change the venue from Essex county where the plaintiff, a foreign corporation, maintains its principal office in this state, to Hudson county where not only the defendants reside but the cause of action arose. The motion should be granted. *Delaware, Lackawanna and Western Railroad Co. v. North Jersey*

*and P. M. Ice Co.,* 65 *N. J. L.* 524; 47 *Atl. Rep.* 471; *Starke Advertising Agency* v. *Adams,* 74 *N. J. L.* 143; 64 *Atl. Rep.* 990.

The attorneys for the plaintiff filed no brief.